IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NUMBER 07-152-3 |
| | : |
| MIGUEL ALBERTO MOREL-DEJESUS | : |
| USM# 63107-066 | : |

ORDER

AND NOW this 22nd day of January, 2015, pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and by agreement of the parties, it is hereby **ORDERED** that the term of imprisonment in this case is reduced to 87 months, effective November 1, 2015.

SO ORDERED:

THE HONORABLE MICHAEL M. BAYLSON
Senior United States District Court Judge